# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ZAFAR IQBAL,

        Petitioner

        v.

BUREAU OF PROFESSIONAL AND
OCCUPATIONAL AFFAIRS, STATE
BOARD OF MEDICINE,

        Respondent

: No. 131 WAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.